IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORATIO D. DUDLEY, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> HSBC BANK NEVADA, N.A., CAVALRY ) <br> PORTFOLIO SERVICES, LLP, and BRONSON, ) <br> CAWLEY & BERGMANN, LLP, ) <br> ) <br> **Defendants.** ) | CIVIL ACTION NO. <br> 3:10-cv-930 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Horatio D. Dudley ("Plaintiff") and defendants HSBC Bank Nevada, N.A. ("HSBC") and Cavalry Portfolio Services, LLP ("Cavalry"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal of Plaintiff's claims against HSBC and Cavalry, with prejudice, with each party to bear their own fees, costs and expenses. Pursuant to Rule II.C.3 of this Court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents in the District Court under the Case Management/Electronic Case Files (CM/ECF) System, the parties hereby certify that they have agreed to the filing of this stipulation with electronic signatures.

Respectfully submitted,

*s/ Anthony B. Bush*
Anthony B. Bush (BUS028)

Attorney for Plaintiff
HORATIO D. DUDLEY

**OF COUNSEL**
Lewis, Bush & Faulk, LLC
400 South Union Street, Suite 230
Montgomery, Alabama  36104
Telephone: (334) 263-7733
Facsimile: (334) 832-4390

*s/ Zachary D. Miller*
Alan D. Leeth (LEE038)
R. Frank Springfield (SPR024)
Zachary D. Miller (MIL135)

Attorneys for Defendants
HSBC Bank  Nevada, N.A. and Cavalry Portfolio Services, LLP

**OF COUNSEL**:
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100