IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HORATIO D. DUDLEY,      ) | |
|      ) | |
|    Plaintiff,      ) | |
| v.      ) | CASE NO. 3:10-cv-0930-MEF |
|      ) | |
| HSBC BANK NEVADA, N.A., *et al.*,      ) | |
|      ) | |
|    Defendants.      ) | |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal With Prejudice (Doc. #18) filed on June 16, 2011 by plaintiff and defendants HSBC Bank Nevada, N.A. and Cavalry Portfolio Services, LLP, and the Joint Stipulation of Dismissal With Prejudice (Doc. #20) filed on June 20, 2011 by plaintiff and defendant Bronson, Cawley & Bergmann, LLP, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 21st day of June, 2011.

                                              /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE